UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA BRENNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-1143 SPM |
| | ) | |
| THE KRAFT HEINZ COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the complaint by serving defendant at its registered agent: C.T. Corporation System, 120 South Central Ave., Clayton, Missouri, 63105.

Dated this 16th day of July, 2018.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE